Milivoje Mitrovich, Plaintiff-Appellee, v. Jole Lipovic, a/k/a George A. Lipovich, Miles Radovic, Roy Pavich and Zivko Jovic, Defendants. Jole Lipovic, Defendant-Appellant.

Gen. No. 47,933. ■

First District, Second Division.

October 4, 1960.

Irving D. Bloom, of Chicago, for appellant; Frank J. Hucek, of Cicero, and Lisco and Field, of Chicago, for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.